Graham Archer [SBN: 262464]
Law Office of Graham Archer
717 Washington Street
Oakland, CA 94607
Ph: 415-632-2310
Fax: 510-379-9706
graham@garcher.com

Attorney for Defendant Dung Dao

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| United States of America | Case No. 1:13-CR-0036-LJO-SKO |
|---|---|
| Plaintiff, | |
| vs. | **Order Authorizing Release Of Pretrial Services Report** |
| Dung Hanh Dao, | |
| Defendant. | |

GOOD CAUSE APPEARING, pursuant to the filing of a Ninth Circuit appeal by Defendant of this Court's detention order entered on February 25, 2013, it is hereby ordered that the Pretrial Services Office for the United States District Court for the Eastern District of California provide copies of the Pretrial Services Report and any supplemental reports or materials which were presented to United States District Judge Lawrence J. O'Neill, and that those reports be provided to the Clerk of the Court for inclusion in the record on appeal to be transmitted to the Court of Appeals for the Ninth Circuit.

//
//
//

1  FURTHER, that after the conclusion of the consideration of the appeal by the Ninth Circuit United States Court of Appeals, said reports are to be returned to the Pretrial Services Office for the Eastern District of California, maintained in their files and not retained in any other court file.

IT IS SO ORDERED.

Dated: **March 13, 2013**                    **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE

Order Releasing Pre Trial Services Report