BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00036-LJO |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| DUNG HANH DAO, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Dung Hanh Dao's it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. §§ 982(a)(1), 981(a)(1)(C) and 28 U.S.C. § 2461, defendant Dung Hanh Dao's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a) Real Property located at 565 Ashwood Lane, Patterson, California, APN: 047-056-001

   b) All funds in Wells Fargo Bank Account 6298633709, account held in the name of Hoang Nguyen and Dung Dao;

   c) All funds in Wells Fargo Bank Account 7555004170, account held in the name of Hoang Nguyen and Dung Dao;

   d) All funds in CitiBank Account 40016078665, account held in the name of Hoang Nguyen and Dung Dao;

   e) All funds in CitiBank Account 4002791239, account held in

Preliminary Order of Forfeiture         1

the name of Hoang Nguyen and Dung Dao;

f) All funds in CitiBank Account 40032456978, account held in the name of NGA Thien Nguyen;

g) All funds in CitiBank Account 40032457000, account held in the name of NGA Thien Nguyen;

h) All funds in PayPal account 117830375874600733, account registered to Tommy Nguyen, Fashion4us, Fashionblast;

i) All funds in Ipayment Account 4223-6941-0004-5808, account Registered to Tommy Nguyen, One Dream Wholesale; and

j) All funds in Wells Fargo Account 1485084741, account held in the name of Dung Hanh Dao and NGA Thien Nguyen.

,

2. The above-listed property constitutes property derived from, proceeds obtained directly or indirectly, or were used, or intended to be used, in any manner or part, to commit, or to facilitated the commission of a violation of 18 U.S.C. §§ 371 and 1956.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by Department of Homeland Security, Immigration Customs Enforcement and Customs and Border Protection, in its secure custody and control.

4.   a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on

the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 982(a)(1), 981(a)(1)(C) and 28 U.S.C. § 2461 in which all interests will be addressed.

    6. The government, in its discretion, shall conduct discovery, including written discovery, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated: **April 9, 2014**          **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE